UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,

    Plaintiff,

  v.

KENNETH W. HUNT, an individual; and KAREN M. DUNMORE, an individual,

    Defendants.

No. 2:15-cv-00336-GEB-KJN

**ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE**

       The parties state in the Joint Status Report ("JSR") filed April 20, 2015, that "[t]his matter is related to <u>Travelers Casualty and Surety v. Sidney Dunmore</u> 2:07-CV-02493." (JSR 2:27-28.) Therefore, a party shall file a Notice of Related Cases document no later than May 1, 2015, in each action opined to be related. Alternatively, no later than May 1, 2015, each party shall show cause why a sanction should not be imposed for the failure to comply with Local Rule 123. If a hearing is desired on the OSC, it shall be requested in the above referenced filing.

       Further, the Status (Pretrial Scheduling) Conference scheduled for hearing on May 4, 2015, is continued to June 8,

2015, at 9:00 a.m. A further joint status report shall be filed no later than fourteen (14) days prior to the Status Conference.

IT IS SO ORDERED.

Dated: April 27, 2015

GARLAND E. BURRELL, JR.
Senior United States District Judge