UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KENNETH W. HUNT, an individual; and KAREN M. DUNMORE, an individual,<br><br>　　　　　Defendants. | No. 2:15-cv-00336-GEB-KJN<br><br><br>**ORDER** |

　　　　Defendant Karen Dunmore's pending dismissal motion, (ECF No. 10), is deemed withdrawn in light of the Notice of Related Cases filed by all parties on April 29, 2015. The dismissal motion can be re-noticed for hearing after a decision is filed on the Notice of Related Cases issue.

Dated:  May 27, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1