CARL P. BLAINE (SBN65229)
Email: cblaine@wkblaw.com
JACOB L. OUZTS (SBN268080)
Email: jouzts@wkblaw.com
**WAGNER KIRKMAN BLAINE KLOMPARENS & YOUMANS LLP**
10640 Mather Blvd., Suite 200
Mather, California 95655
Telephone:  (916) 920-5286
Facsimile:  (916) 920-8608

Attorneys for Defendant
KENNETH W. HUNT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>SIDNEY B. DUNMORE, et al.,<br><br>  Defendants. | Case No. 2:15-cv-00336<br>Related to case No. 2:07-cv-02493<br><br>**ORDER GRANTING GOOD FAITH SETTLEMENT** |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, A Connecticut corporation,<br><br>  Plaintiffs,<br><br>  v.<br><br>KENNETH W. HUNT, and KAREN M.. DUNMORE,<br><br>  Defendants. | |

WHEREAS, Plaintiff, Travelers Casualty and Surety Company of America ("Plaintiff") instituted an action in the United States District Court for the Eastern District of California, Case No. 2:15-cv-00336 against Defendant, Kenneth Hunt ("Hunt"), which alleged causes of

1

ORDER GRANTING MOTION FOR GOOD FAITH SETTLEMENT



action for conversion, violations of the Uniform Fraudulent Transfer Act, and conspiracy ("Complaint").

WHEREAS, Defendant Kenneth Hunt has filed a Motion for Good Faith Settlement Pursuant to California Code of Civil Procedure Section 877.6(a)(1) ("Motion"), concerning a Settlement Agreement between Defendant Hunt and Plaintiff, Travelers Casualty Surety Company of America, dated June 12, 2015, in connection with Case No. 2:15-cv-00336 ("Settlement");

WHEREAS, after considering all affidavits, all other evidence, the law, and argument submitted in connection with the Motion, and any and all oppositions and replies thereto, the Court finds that the Settlement was entered into in Good Faith within the meaning of California Code of Civil Procedure Section 877.6, and on that basis hereby orders as follows:

IT IS HEREBY ORDERED THAT:

1. The Motion for Good Faith Settlement is granted;

2. The Settlement was made in good faith within the meaning of California Code of Civil Procedure section 877.6;

3. Hunt is entitled to the protections of Code of Civil Procedure section 877.6(c) et seq; and

4. Any pending or future claims by any alleged joint tortfeasors or co-obligor against Hunt for equitable comparative contribution or partial, comparative, or equitable indemnity arising out of or relating to the Complaint and the allegations therein are barred.

Dated: October 16, 2015

_____
Troy L. Nunley
United States District Judge