UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>KENNETH W. HUNT, an individual; KAREN M. DUNMORE, an individual,<br><br>    Defendants. | Case No. 2:15-cv-00336-TLN-DB<br><br>**ORDER GRANTING *EX PARTE* APPLICATION OF TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA TO EXTEND TIME FOR DISCOVERY AS RELATED TO SIDNEY B. DUNMORE** |

The case is before the Court pursuant to Plaintiff, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA's ("Travelers") Ex Parte Motion to Extend Time For Discovery As Related To Sidney B. Dunmore (the "Application"). After full consideration of the *ex parte* papers submitted in support of and in opposition to the Application, as well as consideration of the evidence presented in support of and in opposition to the Application; the Court finds that good cause exists to grant Plaintiff's request both under Local Rule 155 and Federal Rule of Civil Procedure 16. Thus, good cause appearing, the Court orders as follows:

**IT IS HEREBY ORDERED:**

The Pretrial Scheduling Order (ECF No. 45) is modified so that the time for completion of discovery related to Sidney B. Dunmore, including times for taking

///

1.

depositions and time to move to compel against Sidney B. Dunmore, are extended to December 30, 2016.

The Pretrial Scheduling Order (ECF No. 45) shall remain unchanged in all other respects.

**IT IS SO ORDERED**.

Dated: October 17, 2016

Troy L. Nunley
United States District Judge