James D. Curran, Esq. (SBN 126586)
WOLKIN · CURRAN, LLP
111 Maiden Lane, 6th Floor
San Francisco, California 94108
Telephone: (415) 982-9390
E-mail: JCurran@wolkincurran.com

Attorneys for Plaintiff
TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH W. HUNT, an individual; KAREN M. DUNMORE, an individual,<br><br>Defendants. | Case No. 2:15-cv-00336-TLN-DB<br><br>**REQUEST OF TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA TO ALLOW CLIENT REPRESENTATIVE TO APPEAR BY TELEPHONE AT SETTLEMENT CONFERENCE; AND ORDER THEREON** |

Plaintiff TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA ("Travelers") hereby applies for an order allowing a telephonic appearance by Travelers' representative at the October 24, 2017 Settlement Conference.

The Court set this case for a Settlement Conference at 9:00am on Tuesday, October 24, 2017, in Courtroom 25 before the Honorable Kendall J. Newman.

Travelers' representative in this case, Keith Flanagan, resides and works in Chicago, Illinois. Mr. Flanagan is employed by Travelers as a Sr. Claim Counsel. He works within the Recovery Management Unit in Travelers.

1.

Mr. Flanagan and his wife have two small children. His wife is away on business the entirety of the week of the Settlement Conference. Neither Mr. Flanagan nor his wife has any family in the Chicago area that would be able to care for their two small children. Consequently, Mr. Flanagan is unable to personally attend the Settlement Conference.

On Wednesday, October 11, 2017, Travelers' attorney, James D. Curran, discussed these circumstances with Daniel Karalash, the attorney for the sole remaining Defendant in the case, Defendant KAREN DUNMORE. Given the circumstances, Mr. Curran asked that Travelers' representative, Keith Flanagan, be allowed to telephonically attend the Settlement Conference. Mr. Karalash stated that he would not oppose Travelers' request.

Travelers hereby requests this Court to Order that Travelers' representative, Keith Flanagan, be allowed to telephonically attend the Settlement Conference at 9:00am on Tuesday, October 24, 2017, in Courtroom 25 before the Honorable Kendall J. Newman.

Dated: October 12, 2017         WOLKIN · CURRAN, LLP

                                 */s James D. Curran*
                                 James D. Curran
                                 Attorneys for Plaintiff,
                                 TRAVELERS CASUALTY AND SURETY
                                 COMPANY OF AMERICA

Approved as to form and content.

Dated: October 12, 2017         STRATEGIC LAW COMMAND

                                 *(as authorized on 10/12/17)*
                                 /s/ *Daniel M. Karalash*
                                 Daniel M. Karalash
                                 Attorneys for Defendant,
                                 KAREN M. DUNMORE

2.

REQUEST OF TRAVELERS TO ALLOW CLIENT REPRESENTATIVE          CASE NO. 2:15-CV-00336-TLN-DB
TO APPEAR BY TELEPHONE; AND [PROPOSED] ORDER THEREON

# **ORDER**

Based on the above Request and good cause appearing therefore,

IT IS HEREBY ORDERED that Travelers' representative, Keith Flanagan, be allowed to telephonically attend the Settlement Conference at 9:00am on Tuesday, October 24, 2017, in Courtroom 25 before the Honorable Kendall J. Newman. Mr. Flanagan is instructed to call 5 minutes prior to the hearing into the conference line 1-888-363-4734 and use the access code 1245690 plus # and security code 4223 plus # when prompted.

Dated: October 12, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE