James D. Curran, Esq. (SBN 126586)
WOLKIN · CURRAN, LLP
111 Maiden Lane, 6th Floor
San Francisco, California 94108
Telephone: (415) 982-9390
Email: jcurran@wolkincurran.com

Attorneys for Plaintiff,
TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

Daniel M. Karalash, Esq. (SBN 176422)
STRATEGIC LAW COMMAND
3017 Douglas Boulevard, Suite 150
Roseville, California 95661
Telephone: (916) 787-1234
Email: dan@stratlaw.org

Attorneys for Defendant,
KAREN DUNMORE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH W. HUNT, an individual; and KAREN M. DUNMORE, an individual,<br><br>Defendants. | Case No.: 2:15-cv-00336-TLN-DB<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE; AND ORDER THEREON** |

Plaintiff TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA ("Travelers") and Defendant KAREN M. DUNMORE ("Karen Dunmore") hereby stipulate, by and through their respective attorneys of record, to dismiss, without prejudice, Travelers'

1.

Complaint (ECF No. 1) filed in this action, with each party to bear her/its own attorney's fees, expert's fees and costs.

Dated: October 25, 2017    WOLKIN · CURRAN, LLP

                                                /s/ *James D. Curran*
                                        James D. Curran
                                        Attorneys for Plaintiff,
                                        TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

Dated: October 25, 2017    STRATEGIC LAW COMMAND

                                        *(as authorized on 10/25/17)*
                                              /s/ *Daniel M. Karalash*
                                        Daniel M. Karalash
                                        Attorneys for Defendant,
                                        KAREN M. DUNMORE

## **ORDER**

In consideration of the above Stipulation between Plaintiff TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA ("Travelers") and Defendant KAREN M. DUNMORE ("Karen Dunmore"), and good cause appearing therefor,

IT IS HEREBY ORDERED that Travelers' Complaint (ECF No. 1) filed in this action is dismissed, without prejudice, with each party to bear her/its own attorney's fees, expert's fees and costs.

Dated: December 13, 2017

                                                     Troy L. Nunley
                                                     United States District Judge